**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 17-6638**

---

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

      v.

PEDRO CAMACHO-CASTILLO,

               Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge.  (4:12-cr-00971-RBH-2)

---

Submitted:  November 16, 2017             Decided:  November 20, 2017

---

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Pedro Camacho-Castillo, Appellant Pro Se.  Robert Nicholas Bianchi, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM

Pedro Camacho-Castillo appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction under Amendment 782 to the Sentencing Guidelines. We affirm.

In this case the district court correctly found that Amendment 782 would not lower Camacho-Castillo's Guidelines range because Camacho-Castillo's Guidelines range was calculated using the 2014 Guidelines, which included the changes to the Drug Quantity Table made by Amendment 782. Moreover, the district court sentenced Camacho-Castillo pursuant to a Fed. R. Crim. P. 11(c)(1)(C) plea agreement, and the record makes clear that the sentence was not based on the Guidelines range. *See United States v. May*, 855 F.3d 271, 276–77 (4th Cir. 2017), *cert. denied*, No. 17-142, 2017 WL 3219499 (U.S. Oct. 2, 2017). Accordingly, Camacho-Castillo is not eligible for a sentence reduction under Amendment 782, and we affirm the district court's denial of his § 3582(c)(2) motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*